IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

GRACE L. TRAYNOR,

                Plaintiff,

                            Civil No. 13-1364(NLH)

v.

                            **ORDER**

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this   4th   day of   January  , 2016

    ORDERED that Defendant's motion to dismiss Plaintiff's complaint [8] be, and the same hereby is, ADJOURNED for 30 days; and it is further

    ORDERED that Defendant shall show cause, within 30 days of the date of this Order, as to why the four-year time limit provided by 20 C.F.R. § 404.988(b) should not be deemed to have been effectively tolled on the filing date (August 23, 2013) of the Defendant's motion to dismiss Plaintiff's complaint; and it is further

    ORDERED that Plaintiff's motion for default judgment [7] be, and the same hereby is, DENIED.

                                                  s/ Noel L. Hillman
At Camden, New Jersey                NOEL L. HILLMAN, U.S.D.J.